# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN (AKA: JAMES) ELLIOT
THOMPSON

NO. 2025 KW 0113

**FEBRUARY 24, 2025**

---

In Re:  John (AKA: James) Elliot Thompson, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, Nos. 46652, 47509.

---

**BEFORE:  McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

**WRIT DENIED.**

**WIL**
**KEB**


**McClendon, C.J.,** I respectfully dissent and would grant the writ. The Louisiana Supreme Court set forth the considerations and factors for evaluating whether a defendant accused of a criminal offense has the legal capacity to proceed, is fully aware of the nature of the proceedings, and can assist in his defense. See **State v. Campbell,** 2006-0286 (La. 5/21/08), 983 So.2d 810, 850, cert. denied, 555 U.S. 1040, 129 S.Ct 607, 172 L.Ed.2d 471 (2008). See also **State v. Bennett,** 345 So.2d 1129, 1138 (La. 1977); **Louisiana v. Kelly,** 2023-1340 (La. App. 1st Cir. 12/27/24), 2024 WL 5232399, *2 (unpublished). The colloquy with relator did not fully comply with **Campbell.** Therefore, I would remand for the trial court to hold a full hearing to address all factors set forth in **Campbell,** 983 So.2d at 850.


COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT